IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01176-RPM

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation,

    Plaintiff,

v.

STACEY LINEMEYER,

    Defendant.

___

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO COMPLAINT
___

After review of the Unopposed Motion for Extension of Time to Respond to the Complaint, filed July 8, 2010 [3], it is

ORDERED that the motion [3] is granted and the defendant Stacey Linemeyer has up to and including Monday July 12, 2010 in which to file her responsive pleading to plaintiff State Farm's Complaint.

DATED: July 9th , 2010

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge