IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01176-RPM

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation,

    Plaintiff,

v.

STACEY LINEMEYER,

    Defendant.

---

## ORDER OF DISMISSAL
---

    Upon consideration of the defendant's motion to dismiss [5], filed July 12, 2010, and the plaintiff's response of August 6, 2010, and upon examination of the complaint in this case, it is apparent that there is no justiciable case or controversy presented. It is therefore

    ORDERED that this civil action is dismissed.

    DATED: August 9th, 2010

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge